948

No. 611. Delaware v. Curran et al. The motion of respondents for leave to proceed *in forma pauperis* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *Joseph Donald Craven,* Attorney General of Delaware, and *Richard J. Baker,* Deputy Attorney General, for petitioner. *Irving Morris* for respondents. ▮

No. 27. Flemming, Secretary of Health, Education, and Welfare, v. Florida Citrus Exchange et al., *ante,* p. 153. Rehearing denied.

No. 453. Briggs, doing business as Walt's Auto Parks & Garages, v. City of Los Angeles et al., *ante,* p. 205; and

No. 483. Ladrey v. Commission on Licensure to Practice the Healing Art in the District of Columbia, *ante,* p. 920. Petitions for rehearing denied. Mr. Justice Frankfurter took no part in the consideration or decision of these applications.

February 20, 1959.

No. 288. Oklahoma Natural Gas Co. v. Federal Power Commission et al. Certiorari, 358 U. S. 877, to the United States Court of Appeals for the District of Columbia Circuit. Writ of certiorari dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court. *John S. Carlson, Norman A. Flaningam* and *Melvin Richter* for petitioner. ▮